# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE COUNSEL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Tessa Dawn Fox, | ) | Case No.  1:20-cr-68 |
| | ) | |
| Defendant. | ) | |

Defendant made her initial appearance and was arraigned on June 8, 2020.  The court appointed attorney Justin Vinje to represent defendant and directed defendant to submit a financial affidavit.

Having reviewed a financial affidavit completed by defendant, the court finds defendant possesses the financial resources to retain counsel.  Accordingly, the court amends its order appointing attorney Justin Vinje as follows.  Attorney Justin Vinje's appointment shall be for the limited purpose of defendant's initial appearance and arraignment.  Defendant shall contribute to the cost of his representation.  Consequently, the court authorizes and directs that funds be paid by defendant to the Clerk, U.S. District Court, P.O. Box 1193, Bismarck, ND 58502 as follows: $125.00 shall be paid to the Clerk's office by August 1, 2020.

Defendant is strongly encouraged to retain counsel.  Whomever defendant retains should promptly file a notice of appearance on defendant's behalf.  Defendant shall submit a report to the court by August 1, 2020, updating it on the status of her representation.

**IT IS SO ORDERED.**

Dated this 16th day of June, 2019.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court